IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AGJUNCTION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:14-cv-02069 |
| | ) |
| AGRIAN INC.; JEFFREY A. DEARBORN; | ) |
| AARON D. HUNT; MATTHEW C. DEDMON; | ) |
| DAVID J. NERPEL; DERRICK B. ANDERSON | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Gerald P. Dodson be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

Date:   February 24, 2014              Respectfully submitted,

                                        s/ Mark Brown
                                        Mark Brown (Kansas Bar No. 9638)
                                        mark@midwestip.com
                                        LAW OFFICE OF MARK BROWN, LLC
                                        4700 Belleview #210
                                        Kansas City, MO 64112
                                        Telephone: (816) 268-8950
                                        Facsimile:  (816) 502-7898