IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AGJUNCTION LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AGRIAN INC.; JEFFREY A. DEARBORN; )<br>AARON D. HUNT; MATTHEW C. DEDMON; )<br>DAVID J. NERPEL; DERRICK B. ANDERSON )<br>)<br>Defendants. )<br>_____ ) | Case No. 2:14-cv-02069 |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Gerald P. Dodson

2. I practice under the following firm name or letterhead:

   Name: Carr & Ferrell LLP

   Address: 120 Constitution Drive, Menlo Park, CA 94025

   Telephone Number: (650) 812-3400

   Fax: (650) 812-3444

   Email address: jdodson@carrferrell.com

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| California Supreme Court | June 6, 1989 | N/A |
| US Ninth Circuit of Appeals | June 6, 1989 | N/A |
| US Court of Appeals for the Federal Circuit | 1989 | N/A |
| USDC Northern District of California | June 6, 1989 | N/A |
| USDC Eastern District of California | 1995 | N/A |
| USDC Central District of California | December 2007 | N/A |
| USDC Eastern District of Texas | June 2008 | N/A |
| State Bar of California | 1989 | 139602 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2014      Respectfully submitted,


/s/Gerald P. Dodson
Gerald P. Dodson (*pro hac vice* pending)
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, CA 94025
Telephone:  (650) 812-3400
Facsimile:  (650) 812-3444
jdodson@carrferrell.com

*Attorneys for Plaintiff AgJunction LLC*