IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| AGJUNCTION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:14-cv-02069 |
| | ) | |
| AGRIAN INC.; JEFFREY A. DEARBORN; | ) | |
| AARON D. HUNT; MATTHEW C. DEDMON; | ) | |
| DAVID J. NERPEL; DERRICK B. ANDERSON | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>

Pursuant to D. Kan. Rule 83.5.4., I move that Bryan J. Boyle be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address.  I have also verified that the information contained in the affidavit is true and accurate.

Date:   February 24, 2014

Respectfully submitted,

s/ Mark Brown
Mark Brown (Kansas Bar No. 9638)
mark@midwestip.com
LAW OFFICE OF MARK BROWN, LLC
4700 Belleview #210
Kansas City, MO 64112
Telephone: (816) 268-8950
Facsimile:  (816) 502-7898