IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AGJUNCTION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 2:14-CV-02069-JAR-KGS |
| v. | ) |
| | ) |
| AGRIAN INC.; JEFFREY A. DEARBORN; | ) |
| AARON D. HUNT; MATTHEW C. DEDMON; | ) |
| DAVID J. NERPEL; DERRICK B. ANDERSON | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Mark Josselyn be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Mr. Josselyn is a licensed attorney at Gowling Lafleur Henderson LLP. He practices in their Ottawa, Ontario, Canada office. Gowling is one of the largest firms in Canada with over 750 attorneys. Mr. Josselyn is the Ottawa group leader of Gowling's Employment and Labour Law National Practice Group.

In this case, AgJunction, LLC ("Plaintiff") has sued several of its former employees, alleging that they violated certain non-competition and confidential information provisions of their employment agreements. Each of the employees' agreements contain a Canadian choice of law clause that states:

KCP-4463673-1

> This Agreement will be governed and interpreted in accordance with the laws of the Province of Alberta, irrespective of the fact that I may be, or become resident of or employed in a different Province or Country.

*See* Exhibits B–F to Plaintiff's Complaint. Thus, the analysis and interpretation of Canadian law will be essential to representation of the employee defendants in this case. In order for counsel to provide the defendants with the "knowledge, skill, thoroughness and preparation" necessary for adequate representation, this Court should grant Mr. Josselyn leave to appear *pro hac vice*. *See* K.R.P.C. Rule 1.1.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit, with the form slightly modified as appropriate for this case, in support of this motion and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully submitted,

/s/ JOAN K. ARCHER
JOAN K. ARCHER        KS BAR NO. 15543
TYLER J. SCOTT        KS BAR NO. 24940
MICHAEL T. RAUPP      KS BAR NO. 25831
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Tel: 816.983.8000
Fax: 816.983.8080
joan.archer@huschblackwell.com
tyler.scott@huschblackwell.com
michael.raupp@huschblackwell.com

*Attorneys for Defendants*

KCP-4463673-1