IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AGJUNCTION LLC, | ) |
|                Plaintiff, | ) Case No.: 2:14-CV-02069-JAR-KGS |
| v. | ) |
| AGRIAN INC.; JEFFREY A. DEARBORN; AARON D. HUNT; MATTHEW C. DEDMON; DAVID J. NERPEL; DERRICK B. ANDERSON | ) |
|                Defendants. | ) |

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Mark Josselyn

2. I practice under the following firm name or letterhead:

   Name: Gowling Lafleur Henderson LLP

   Address: 160 Elgin Street, Suite 2600, Ottawa, Ontario K1P 1C3 Canada

   Telephone Number: 613-786-0148

   Fax: 613-788-3441

   Email address: mark.josselyn@gowlings.com

KCP-4463673-1

3. I have been admitted to practice law in the Province of Ontario by the Law Society of Upper Canada since 1983. In this regard my Bar Number is 23470L.

4. I have reviewed D. Kan. Rule 83.5.4. I have been retained by lead trial counsel, who is an attorney licensed in Kansas, to assist in the representation in this case with respect to matters related to the understanding and interpretation of Canadian law.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct. I also have not been charged in any court in Canada or in any province, territory, or possession of Canada with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

FURTHER AFFIANT SAYETH NAUGHT.

This affidavit is being signed under penalty of perjury in accordance with 28 U.S.C. § 1746 and is being served in accordance with D. Kan. Rule 5.1.

_____
Mark Josselyn

KCP-4463673-1