IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AGJUNCTION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:14-CV-02069-JAR-KGS |
| | ) |
| AGRIAN INC., et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Agrian, Inc., Jeffrey A. Dearborn, Aaron D. Hunt[1], Matthew C. Dedmon[2], David J. Nerpel, and Derrick B. Anderson ("Defendants") respectfully move this Court to dismiss all claims asserted by Plaintiff AgJunction LLC ("Plaintiff") in its Complaint.

In support of their Motion to Dismiss, Defendants incorporate by reference their Memorandum in Support of this Motion, filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request that their Motion to Dismiss be considered by the Court and granted, that the Court dismiss Plaintiff's Complaint in its entirety, and that the Court grant any other such relief as it deems just and necessary.

---

[1] Defendant Aaron D. Hunt has filed a separate Motion to Dismiss the claims asserted against him for Lack of Personal Jurisdiction. Hunt does not submit to the jurisdiction of the Court, but joins in this Motion to Dismiss for Failure to State a Claim **only** if the Court denies his Motion to Dismiss for Lack of Personal Jurisdiction.

[2] Defendant Matthew C. Dedmon has filed a separate Motion to Dismiss the claims asserted against him for Lack of Personal Jurisdiction. Hunt does not submit to the jurisdiction of the Court, but joins in this Motion to Dismiss for Failure to State a Claim **only** if the Court denies his Motion to Dismiss for Lack of Personal Jurisdiction.

Dated:  April 7, 2014               Respectfully submitted,

/s/ Joan K. Archer
Joan K. Archer      KS Bar No. 15543
Michael T. Raupp    KS Bar No. 25831
Tyler J. Scott      KS Bar No. 24940
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Tel:  816.983.8000
Fax:  816.983.8080
joan.archer@huschblackwell.com
michael.raupp@huschblackwell.com
tyler.scott@huschblackwell.com

Mark Josselyn    Canada23470L
Gowling Lafleur Henderson LLP
160 Elgin Street, Suite 2600
Ottawa Ontario
K1P 1C3 Canada
*(pro hac vice admission pending)*
Tel:  613-786-0148
Fax:  613-788-3441
mark.josselyn@gowlings.com

*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2014, I filed a copy of the foregoing document with the Court's ECF system, which will send electronic notification to all counsel of record.

/s/ Joan K. Archer

*Attorney for Defendants*

KCP-4469434-2