IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AGJUNCTION LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:14-cv-02069-JAR-KGS |
| ) | |
| AGRIAN INC.; JEFFREY DEARBORN; ) | |
| AARON HUNT; MATTHEW DEDMON; ) | |
| DAVID NERPEL; DERRICK ANDERSON ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### DECLARATION OF RICK HEINIGER IN SUPPORT OF OPPOSITION TO DEFENDANTS HUNT AND DEDMON'S MOTION TO DISMISS

I, Rick Heiniger, declare as follows:

1. I am President and Chief Executive Officer ("CEO") of Hemisphere GPS, operating under the trade name, AgJunction LLC ("AgJunction"), Plaintiff in this matter. The facts set out herein are within my personal knowledge, or are based on documents in my possession and other information to which I have access in the course of my duties. If called upon to do so I could and would testify to the truth thereof.

2. AgJunction is a leading producer of Web-based precision agricultural software systems which assist growers in the United States and worldwide. Among other things, these systems facilitate the management and reporting of agricultural field data, moving and stationary assets, field operations, and work order status and completion.

1

3. AgJunction, together as its predecessor Hemisphere GPS, Inc., has had a main office in Hiawatha, Kansas since 2008, the year of its formation in Kansas. This main office is located at 2207 Iowa Street, Hiawatha, KS 66434. This is also the current location of AgJunction's corporate headquarters.

4. In November 2012, AgJunction relocated its corporate headquarters to its Hiawatha, Kansas office, closing its Calgary, Alberta office entirely by mid-2013.

5. A significant number of AgJunction's confidential and proprietary files are stored exclusively on its file servers which are located at its Hiawatha, Kansas headquarters. This includes documents that are created by the Microsoft Office Suite of programs, including Microsoft Word files, Excel spreadsheets, PowerPoint presentations, and Outlook e-mail.

Defendants Hunt and Dedmon

6. Defendant Aaron Hunt was a technical manager of the development group at AgJunction's State College, PA site.

7. Defendant Matt Dedmon was a developer within Defendant Hunt's development group.

8. Both Defendants' salaries were paid from AgJunction's accounts located at US Bank in Topeka, Kansas.

9. During both Defendants' tenure at AgJunction until they each resigned, they received **REDACTED**

10. During both Defendants' tenure at AgJunction until they each resigned, they received **REDACTED**

11. During both Defendants' tenure at AgJunction until they each resigned, they received **REDACTED**

12. During both Defendants' tenure at AgJunction until they each resigned, they received **REDACTED**

13. During both Defendants' tenure at AgJunction until they each resigned, they received **REDACTED**

14. During Defendant Dedmon's tenure at AgJunction until he resigned, he received **REDACTED**

15. During Defendant Dedmon's tenure at AgJunction until he resigned, he received **REDACTED**

16. From January 2013 until he resigned from AgJunction in April 2013, Defendant Hunt was an active participant in weekly calls between AgJunction's State College, Pennsylvania site, its Scottsdale, Arizona site, and AgJunction's headquarters located in Hiawatha, Kansas.

17. Current AgJunction employee, John Lueger, was the Director of Project Management for the aforementioned weekly calls. The purpose of the weekly calls was to discuss the progress and receive status reports regarding two AgJunction software projects, **REDACTED** Attached hereto as Exhibit 1 is a true and correct copy of an example of the weekly recurring meeting Microsoft Outlook invitation, which included Defendant Hunt.

18. Although Exhibit 1 lists Defendant Hunt's name under both the "Required" and "Optional" headings, Defendant Hunt attended the meetings on a regular basis, reporting his group's progress to Mr. Lueger at AgJunction's Hiawatha, Kansas headquarters.

19. After Defendant Hunt left AgJunction in April 2013, Defendant Dedmon was selected for a special project involving conversion of one of our products to Apple's iOS format. AgJunction's Vice President of Sales approved, from the Hiawatha, Kansas headquarters, a payment of $20,000 to be given to Defendant Dedmon for the Apple iOS conversion. Before Mr. Dedmon could complete the conversion to Apple iOS, it was necessary for him to obtain Apple Developer Certification. Arrangement for his certification was made from the Hiawatha, Kansas office.

<u>Defendant Dearborn</u>

20. When Defendant Jeff Dearborn resigned, he drove his company-owned vehicle from his home in Memphis, Tennessee to AgJunction's headquarters in Hiawatha, Kansas. When he arrived in Hiawatha, he turned the truck over to the company as well as his company-issued phone.

21. Defendant Dearborn had an in-person exit interview at the Hiawatha, Kansas headquarters. During the interview, he failed to inform AgJunction that he planned to work for Agrian, Inc.

I declare under penalty of perjury under the laws of the State of Kansas and the United States of America that the foregoing is true and correct.

Executed this 4 day of April, 2014 at Hiawatha, KS          .

_____
Rick Heiniger

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 7, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Mark Brown
Attorney
