### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AGJUNCTION, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 14-2069-JAR |
| | ) |
| AGRIAN, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

On March 28, 2014, Joan Archer, one of defendants' attorneys of record, moved for Mark Josselyn to be admitted *pro hac vice* for the purposes of this case only. Mr. Josselyn is admitted to practice law in the Province of Ontario by the Law Society of Upper Canada, but it appears he is not admitted to practice anywhere within the United States. Plaintiff has not filed a response to Ms. Archer's motion, and the time to do so has now passed. However, this district's local rules do not specifically address admission of foreign attorneys. In evaluating how to rule on the motion for leave to appear *pro hac vice*, the court requires additional information. By **April 28, 2014,** Ms. Archer shall file a supplemental brief that provides additional details about Mr. Josselyn's level of knowledge regarding the Federal Rules of Civil Procedure, Federal Rules of Evidence, and knowledge of law practice in federal court in the United States. The present motion states that defendants require Mr. Josselyn's expertise regarding Canadian law because the employment agreements contain a Canadian choice-of-law clause. The court is also requiring that the supplemental brief include a more thorough explanation as to why it would be necessary for Mr. Josselyn to be admitted *pro hac vice* in order to assist with this aspect of the case.

**IT IS SO ORDERED.**

Dated this 21st day of April, 2014, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge