IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AGJUNCTION LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:14-cv-02069-JAR-KGS |
| ) | |
| AGRIAN INC.; JEFFREY DEARBORN; ) | |
| AARON HUNT; MATTHEW DEDMON; ) | |
| DAVID NERPEL; DERRICK ANDERSON ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFF'S NOTICE OF APPLICABLE ALBERTA LAW ON BREACH OF CONTRACT**

To the Court and to all Parties herein:

Plaintiff AgJunction LLC ("AgJunction") hereby gives notice that, pursuant to Federal Rule of Civil Procedure ("FRCP") 44.1, it intends to raise concerning foreign law from the Province of Alberta concerning breach of contract. Attached hereto as "Exhibit A" is a copy of *Rocky Mountain House (Town) v. Alberta Mun. Ins. Exch.*; 2007 AB.C. LEXIS 1019 (Alberta Court of Queen's Bench 2007).

Alberta law requires the following elements for a claim of breach of contract:

1. There must be a contract and consideration;

2. Plaintiff must have fulfilled its part of the agreement;

3. Defendant must have breached its obligation(s); and

4. Plaintiff must have suffered damage.

*See id.* at *12 (stating that "all the requisite elements of a claim of breach of contract were made out in the Amended Statement of Claim). Plaintiff cites *Rocky Mountain House (Town)* as authority in its Motion for a Preliminary Injunction (Dkt. No. 27-1) and its Opposition to Defendant's Motion to Dismiss for Failure to State a Claim (filed concurrently herewith).

FRCP 44.1 provides as follows:

> "A party who intends to raise an issue about a foreign country's law must give notice by a pleading or other writing. In determining foreign law, the court may consider any relevant material or source, including testimony, whether or not submitted by a party or admissible under the Federal Rules of Evidence. The court's determination must be treated as a ruling on a question of law."

Plaintiff contends that: the Employee Defendants had viable contracts with Plaintiff in the form of the respective employee agreements; the Employee Defendants received continued employment as consideration; Plaintiff fulfilled its obligations through employing each Employee Defendant until each voluntarily resigned his position; each Employee Defendant, through the act of joining Defendant Agrian shortly after leaving AgJunction, breached their duties to abide by the non-competition and conflict-of-interest terms of their contracts, and breached their obligations to maintain the confidentiality of Plaintiff's confidential and proprietary information; and Plaintiff has suffered harm directly as a result of these breaches.

For the foregoing reasons, Plaintiff respectfully requests that the Court consider Province of Alberta law concerning breach of contract as provided in *Rocky Mountain House (Town) v. Alberta Mun. Ins. Exch.*; 2007 AB.C. LEXIS 1019 (Alberta Court of Queen's Bench 2007).

Date:  April 21, 2014                                    Respectfully submitted,

                                                  s/ Mark Brown
Mark Brown (Kansas Bar No. 9638)
mark@midwestip.com
Chris Debacker (Kansas Bar No. 24095)
chris@midwestip.com

LAW OFFICE OF MARK BROWN, LLC
4700 Belleview #210
Kansas City, MO 64112
Telephone: (816) 268-8950
Facsimile:  (816) 502-7898

Gerald P. Dodson (admitted *pro hac vice*)
jdodson@carrferrell.com
Robert J. Yorio (admitted *pro hac vice*)
yorio@carrferrell.com
Christine Watson (admitted *pro hac vice*)
cwatson@carrferrell.com
Bryan J. Boyle (admitted *pro hac vice*)
bboyle@carrferrell.com

CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, CA 94025
Telephone:  (650) 812-3400
Facsimile:  (650) 812-3444

*Attorneys for Defendant AgJunction LLC*

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on April 21, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                            s/Mark Brown
                                            Attorney