**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| AGJUNCTION, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2:14-CV-02069-DDC-KGS |
| | ) |
| AGRIAN INC., et al., | ) |
| | ) |
| Defendants. | ) |

_____

## MOTION TO DISMISS

AgJunction, LLC, pursuant to Fed. R. Civ. P. 41 (a)(2), moves this Court for its order of dismissal without prejudice, on the condition that in the unlikely event the claims asserted were ever refiled all pleadings, discovery, testimony, Orders or Rulings or any other substantive matters from these proceedings would be binding in any later filed action of the same claims so as not to prejudice either party to this action, with costs to be borne by the party incurring it.

In support of this motion Plaintiff notes that there is no counterclaim pending and the conditions proposed avoid any legal prejudice to the parties.  In further support of this motion plaintiff refers the Court to the accompanying memorandum and to Plaintiff's Motion, filed contemporaneously, seeking to Stay the Rule 16 deadlines until 21 days after the Court's ruling on this motion to avoid either party incurring any unnecessary cost or expense.

Respectfully submitted,

  /s/Douglas D. Silvius_____
Douglas D. Silvius                    KS #13465
Martin, Pringle, Oliver, Wallace & Bauer, LLP
4700 Belleview, Ste. 210
Kansas City, MO 64112
P: (816) 753-6006     F: (816) 5025-7898
ddsilvius@martinpringle.com

Mark Brown (Kansas Bar No. 9638)
mark@miswestip.com
Chris Debacker (Kansas Bar No. 24094)
chris@midwestip.com

LAW OFFICE OF MARK BROWN, LLC
4700 Belleview #210
Kanas City, MO 64112
Telephone: (816) 268-8950
Facsimile: (816) 502-7898

Gerald P. Dodson (admitted *pro hac vice*)
jdodson@carrferrell.com
Robert J. Yorio (admitted *pro hac vice*)
yorio@carrferrell.com
Christine Watson (admitted *pro hac vice*)
cwatson@carrferrell.com
Bryan J. Boyle (admitted *pro hac vice*)
bboyle@carrferrell.com
Michael T. Adelsheim (admitted *pro hac vice*)
madelsheim@carrferrell.com

CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, CA 94025
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

*Attorneys for Plaintiff AgJunction LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served on this 15th day of September 2014, via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    /s/ Douglas D. Silvius
    Douglas D. Silvius