Agjunction LLC v. Agrian Inc. et al.
Case No. 2:14-CV-02069-DDC-KGS

# Exhibit 1

| | |
|---|---|
| From: | Archer, Joan <Joan.Archer@huschblackwell.com> |
| Sent: | Friday, September 12, 2014 3:12 PM |
| To: | Silvius, Doug |
| Cc: | Raupp, Michael |
| Subject: | RE: AgJunction v. Agrian |

Doug,

Although Agrian has been and continues to be willing to explore a possible business resolution to the dispute, my client is not interested in dismissal of the lawsuit unless its dismissal is with prejudice, including all claims known and unknown, related to the matters and software products in issue in the litigation. Is your client willing to dismiss the lawsuit on the basis I just described (and with each party to bear its own fees and costs)? Given upcoming case deadlines, I'd appreciate hearing from you on this issue as soon as possible.

Also, you asked whether I am available to discuss your Golden Rule letter. Would 10:00 a.m. Monday work for you for a call?

Finally, I've not received a response to the emails and our Golden Rule letter we sent earlier this week. I'd appreciate receiving a response or, alternatively, a commitment to discuss all such pending matters on Monday morning.

In the meantime, I would like to know as soon as possible whether you have you been authorized to accept service of the subpoenas for documents and depositions that we intend to serve on the previously identified AgJunction Board members. You previously stated you would get back to me early this week with that information, but I've not yet heard from you on this subject.

Thanks,

Joan

**Joan K. Archer, Ph.D.**
**Attorney**

**HUSCH BLACKWELL LLP**
4801 Main Street, Suite 1000
Kansas City, MO 64112-2551
Direct: 816.983.8191
Mobile: 913.707.5869
Fax: 816.983.8080
Joan.Archer@huschblackwell.com
huschblackwell.com
View Bio | View VCard

-----Original Message-----
From: Silvius, Doug [mailto:ddsilvius@martinpringle.com]
Sent: Friday, September 12, 2014 11:50 AM
To: Archer, Joan
Subject: AgJunction v. Agrian

I've been asked to dismiss the lawsuit while our clients continue some business discussions that have been taking place. Will you stipulate to a dismissal without prejudice on the condition that in the

1



EXHIBIT

1

unlikely event these claims were ever re-filed all proceedings in this action (rulings, discovery, testimony to date, etc...) would apply in any re-filed action. Each party to bear their own costs.

Sent from my iPhone. Please excuse any typos.
Doug Silvius
816.753.6006
ddsilvius@martinpringle.com

Confidentiality Notice: Email communication is not a secure method of communication. It may be copied and held by various computers it passes through as it is transmitted, and persons not participating in our communication may intercept our communications. Please notify us immediately if you prefer not to receive communications by email. Because the sender is an attorney or employee of a law firm, the information in this email (including any attachments) may contain information that is confidential and for the sole use of the intended recipient. The information may be protected by the attorney-client privilege, work-product doctrine, or other legal rules. If you are not the intended recipient, you must not read, use, or disseminate this information. If you received this email in error, please call the sender immediately and notify the sender via email that you have received the email in error and are deleting it.