**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| AGJUNCTION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:14-CV-02069-DDC-KGS |
| | ) |
| AGRIAN INC., et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SANCTIONS UNDER 28 U.S.C. § 1927 FOR THE UNREASONABLE BREACH OF CONTRACT CLAIMS AGAINST DEFENDANTS**

COME NOW Defendants and respectfully move the Court, under 28 U.S.C. § 1927 to enter an Order finding that sanctions are warranted and imposing one or more of the following on Plaintiff and/or its legal counsel:  (1) dismissing this case with prejudice;  (2) awarding Defendants their reasonable expenses and attorneys' fees for responding to Plaintiff's baseless and frivolous breach of contract filings since the lawsuit was filed or such other date as the Court deems appropriate; (3) awarding Defendants their reasonable expenses and attorneys' fees for preparing and filing this Motion; (4) enjoining Plaintiff's counsel from filing additional spurious pleadings based upon frivolous arguments; and (5) such other relief as the Court deems just and appropriate.  In support of their Motion to Dismiss, Defendants incorporate by reference their Memorandum in Support of this motion, filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request that their Motion for Sanctions be considered by the Court and granted.

Respectfully submitted,

/S/ JOAN K. ARCHER

JOAN K. ARCHER    KS BAR NO. 15543
MICHAEL T. RAUPP    KS BAR NO. 25831
KYLE A. KITSON    KS BAR NO. 26277
LAURA E. PETERSON    KS BAR NO. 26293
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Tel:  816.983.8000
Fax:  816.983.8080
joan.archer@huschblackwell.com
michael.raupp@huschblackwell.com
kyle.kitson@huschblackwell.com
laura.peterson@huschblackwell.com

WALTER J. KAWULA, JR. (PRO HAC VICE ADMISSION)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL  60606
Tel:  312.655.1500
Fax:  312.655.1501
walter.kawula@huschblackwell.com

Of Counsel *Pro Hac Vice*:

MARK JOSSELYN
CANADA 23470L
GOWLING LAFLEUR HENDERSON LLP
160 Elgin Street, Suite 2600
Ottawa Ontario
K1P 1C3 Canada
Tel:  613-786-0148
Fax: 613-788-3441
mark.josselyn@gowlings.com

*Attorneys for Defendants*

2

3

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 24, 2014, I caused a copy of the foregoing document to be served via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            /s/ Joan K. Archer
                                            Joan K. Archer