## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AGJUNCTION, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:14-CV-02069-DDC-KGS |
| AGRIAN INC., et al. | ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

### EXHIBITS TO
### RESPONSE IN OPPOSITION TO DEFENDANTS'
### MOTION FOR SANCTIONS UNDER 28 U.S.C. § 1927

1  Excerpt of Deposition of Derrick Anderson – May 22, 2014

2  Excerpt of Transcript of Preliminary Injunction Hearing