Exhibit
1

# In The Matter Of:

*AgJunction LLC v.*
*Agrian Inc., et al.*

*Derrick Anderson*
*May 22, 2014*

*Midwest Reporters, Inc.*
*800-528-3194*
*www.midwestreporters.net*
*office@midwestreporters.net*



**MIDWEST REPORTERS, INC.**

Original File 5-22-14 Derrick B. Anderson.txt
Min-U-Script®

4

1              E-X-H-I-B-I-T-S

2    Exhibit                                        Page
3
4    17.     Employment Offer                        20
5    18.     E-mails                                 32
6    19.     E-mails                                 44
7    20.     E-mails                                 53
8    21.     Signed Employment Letter               72

Derrick Anderson - May 22, 2014

20

1     five.
2 Q. Okay. Did you ever see any job training while
3     you were in Hiawatha?
4 A. No.
5 Q. How did you get your job with AgJunction?
6 A. That was all done basically at the State
7     College office. That's where the software was
8     -- was developed and housed.
9 Q. So you visited the State College office to
10     receive training?
11 A. Yes.
12 Q. Did you ever receive training for the
13     AgJunction hardware?
14 A. That was all pretty well self-taught.
15         MR. ADELSHEIM: Okay. 17.
16         (Exhibit No. 17 was marked for the
17     record.)
18     BY MR. ADELSHEIM:
19 Q. So we're going to mark this document as
20     Exhibit 17.
21         And first off, do you recognize this
22     document?
23 A. Yes.
24 Q. Okay. You can take some time to review it if
25     you want to.

Derrick Anderson - May 22, 2014

21

1  A.  (Witness reviewing document.)
2      Okay.
3  Q.  And what is this document?
4  A.  It is my offer of employment.
5  Q.  From who?
6  A.  Hemisphere GPS.
7  Q.  Can you tell me what Hemisphere GPS is?
8  A.  It was the company that purchased AgJunction
9      software from the previous owner.
10 Q.  Did you sign this document?
11 A.  It doesn't look like my signature, compared to
12     the next one.
13 Q.  Do you remember signing this document?
14 A.  I remember seeing the document. I do not
15     remember signing it.
16 Q.  Do you remember reviewing the document?
17     I'm sorry, do you remember reviewing the
18     document when you first received it?
19 A.  Um, yes.
20 Q.  Despite that you don't remember signing the
21     document, the signature up here on page 3 of
22     the document you're testifying doesn't look
23     like your signature, would you say that you
24     accepted the offer of employment from
25     Hemisphere GPS?

Midwest Reporters, Inc.
www.midwestreporters.net

Derrick Anderson - May 22, 2014

31

1   portion, I'm just going to read this out for
2   the record. "As an employee of AgJunction and
3   now Hemisphere GPS, you have been, and will
4   continue to be, knowledgeable, aware of and in
5   possession of confidential information. You
6   continue to agree to accept and retain all such
7   information in confidence and at all times
8   during or after the sensation of employment,
9   not to disclose or reveal such information to
10  others and to refrain from using such
11  information for the purposes other than those
12  authorized by Hemisphere GPS. You will
13  continue to have the confidentiality, trade
14  secret obligations and restraint of trade you
15  owed to AgJunction prior to the closing date.
16  In addition, and as a standard for all
17  employees employed by the Corporation or any
18  affiliate of the Corporation, we require you to
19  sign and return to us the Confidentiality and
20  Intellectual Property Agreement attached to
21  Appendix A to this letter."
22       Do you remember receiving the
23  Confidentiality and Intellectual Property
24  Agreement?
25  A.   No, I do not.

Derrick Anderson - May 22, 2014

32

1  Q. You didn't receive it?
2  A. I don't remember receiving it.
3  Q. Do you remember agreeing not to compete with
4     AgJunction for a period of time after your
5     employment would end?
6            MS. ARCHER: Object to the form of
7     the question.
8            THE WITNESS: No, I don't remember
9     that.
10           THE REPORTER: No, you don't
11    remember what?
12           MS. ARCHER: "That." He said
13    "that."
14           THE REPORTER: Okay.
15           (Exhibit No. 18 was marked for the
16    record.)
17 BY MR. ADELSHEIM:
18 Q. I'm going to hand to you another document which
19    we're going to mark as Exhibit 18. There's the
20    Bates number AGR0000218.
21           Please take some time to review the
22    document that I just handed to you.
23 A. Okay.
24 Q. Did you recognize this document?
25 A. I do.