Exhibit 2

```
 1           IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF KANSAS
 2


 3   AGJUNCTION, LLC,

 4              Plaintiff,
     vs.                              Case No. 14-2069
 5
     AGRIAN, INC., et al.,
 6
                Defendants.
 7


 8
         TRANSCRIPT OF PRELIMINARY INJUNCTION PROCEEDINGS
 9                         before
               HONORABLE DANIEL D. CRABTREE
10                           on
                       JUNE 24, 2014
11


12                      APPEARANCES

13   For the Plaintiff:    Gerald P. Dodson
                           Bryan J. Boyle
14                         Carr & Ferrell, LLP
                           120 Constitution Drive
15                         Menlo Park, CA 94025

16                         Douglas D. Silvius
                           Martin, Pringle, Oliver, Wallace &
17                         Bauer, LLP
                           4700 Belleview, Suite 210
18                         Kansas City, MO 64112

19   For the Defendants:   Joan K. Archer
                           Michael T. Raupp
20                         Husch Blackwell LLP
                           4801 Main Street, Suite 1000
21                         Kansas City, MO 64112

22                         Walter J. Kawula , Jr.
                           Husch Blackwell LLP
23                          120 South Riverside Plaza
                           Suite 2200
24                         Chicago, IL 60606

25
```

REBECCA S. RYDER, CSR, CCR, RMR
UNITED STATES COURT REPORTER
913-735-2334

```
 1                    CROSS EXAMINATION
 2   BY MR. DODSON:
 3   Q.   Good afternoon, Mr. Anderson.
 4   A.   Hello.
 5   Q.   First I would like to go to your employment
 6        agreement, please, P17.  If you could take a look at
 7        that, Mr. Anderson, is that your employment agreement
 8        with Hemisphere GPS?
 9   A.   It appears to be.
10   Q.   I'll go into the signature page.  At your deposition
11        you didn't recognize your signature, did you?
12   A.   No, I did not.
13   Q.   Do you deny that it's your signature?
14   A.   I don't deny it; it just doesn't look like my normal
15        signature.
16   Q.   Are you sitting here today saying this is not your
17        signature?  You said it's not your normal signature.
18        A lot of people sign different ways sometimes.
19   A.   That is correct and it may very well be my signature.
20   Q.   All right.  Who submitted your resume to Nish
21        Majarian when you were looking for a job?
22   A.   From the evidence I have seen, it was Jeff Dearborn.
23   Q.   So Jeff Dearborn sent your resume over to Nish
24        Majarian for consideration of employment.  When was
25        that?
```