**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| AGJUNCTION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:14-CV-02069-DDC-KGS |
| | ) |
| AGRIAN INC., et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SANCTIONS

Defendants Agrian, Inc., Jeffrey Dearborn, Dave Nerpel and Derrick Anderson hereby move the Court, pursuant to Rule 11(c) of the Federal Rules of Civil Procedure and District of Kansas Rule 11.1, for an order assessing sanctions against Plaintiff and/or its attorneys.[1]  More specifically, Defendants seek sanctions based on the following claims that are and were factually groundless and without evidentiary support:  (1) against Derrick Anderson based on the purported breach of a Confidentiality Agreement falsely claimed to have been signed by Derrick Anderson; (2) against all Defendants related to the false claim that software code was wrongfully taken and/or copied.  Additionally, Defendants seek sanctions for the claims stemming from Employment and/or Confidentiality Agreements, as said claims are and were not warranted by existing and governing Canadian law.  The grounds for this motion are more fully discussed in Defendants' Memorandum in Support of this motion, which is filed herewith and incorporated by reference.

---

[1] Pursuant to Federal Rule of Civil Procedure 11(c)(2), Defendants served Plaintiff with a copy of this Motion and the accompanying Memorandum in Support, identical to the current filings with the sole exception of this footnote, on November 5, 2014.  Plaintiff took no action in response to the service of the Rule 11 pleading, and the 21-day waiting period mandated by Rule 11(c)(2) elapsed on November 26, 2014.  Accordingly, Defendants are proceeding with this motion.

Defendants specifically seek such monetary sanctions as the Court deems just and necessary in order that Plaintiff and its attorneys may be deterred from again bringing claims against them in the future that are not reasonably grounded in fact and law, as well as an award to Defendants of their attorneys' fees and costs incurred in presenting this motion and in defending against Plaintiff's baseless and unsupported claims.

WHEREFORE, Defendants respectfully request that their Motion be considered by the Court and granted.

Respectfully submitted,

/S/ JOAN K. ARCHER

JOAN K. ARCHER        KS BAR NO. 15543
MICHAEL T. RAUPP   KS BAR NO. 25831
KYLE A. KITSON        KS BAR NO. 26277
LAURA E. PETERSON   KS BAR NO. 26293
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Tel:  816.983.8000
Fax:  816.983.8080
joan.archer@huschblackwell.com
michael.raupp@huschblackwell.com
kyle.kitson@huschblackwell.com
laura.peterson@huschblackwell.com

WALTER J. KAWULA, JR. (PRO HAC VICE ADMISSION)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL  60606
Tel:  312.655.1500
Fax:  312.655.1501
walter.kawula@huschblackwell.com

Of Counsel *Pro Hac Vice*:

MARK JOSSELYN
CANADA 23470L
GOWLING LAFLEUR HENDERSON LLP
160 Elgin Street, Suite 2600
Ottawa Ontario
K1P 1C3 Canada
Tel:  613-786-0148
Fax: 613-788-3441
mark.josselyn@gowlings.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 28, 2014, I caused a copy of the foregoing document to be served via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

               /s/ Joan K. Archer
               Joan K. Archer