IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AGJUNCTION, LLC,                )
                                )
                Plaintiff,      )
                                )
v.                              )    Case No. 2:14-CV-02069-DDC-KGS
                                )
AGRIAN INC., et al.             )
                                )
                Defendants.     )
_____ )

**EXHIBITS TO
RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION FOR SANCTIONS UNDER RULE 11**

1   Excerpts of Transcript of Preliminary Injunction Proceedings before Honorable Daniel D. Crabtree - day one/volume I (beginning on page 1 of transcript)

2   Excerpts of Transcript of Preliminary Injunction Proceedings before Honorable Daniel D. Crabtree – day two/volume II (beginning on page 258 of transcript)

3   Declaration of Robert Stillerman in Support of Plaintiff's Response in Opposition to Defendants' Motion for Sanctions Under Rule 11

4   Excerpts from Videotaped Deposition of Matthew C. Dedmon, Thursday, May 29, 2014

5.  *Globex Foreign Exchange Corporation v. Kelcher et al.*, 2011 ABCA 240 (Court of Appeal of Alberta)