Agjunction LLC v. Agrian Inc. et al.
Case No. 2:14-CV-02069-DDC-KGS

# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AGJUNCTION LLC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:14-cv-02069-JAR-KGS |
| AGRIAN INC.; JEFFREY DEARBORN; AARON HUNT; MATTHEW DEDMON; DAVID NERPEL; DERRICK ANDERSON | ) ) ) ) |
| Defendants. | ) ) |

**<u>DECLARATION OF ROBERT STILLERMAN IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS UNDER RULE 11</u>**

I, Robert Stillerman, declare as follows:

1. My name is Robert Stillerman. With respect to the above captioned case I have submitted an expert report ("Stillerman Report Regarding Agrian Software, dated June 10, 2014"), have been deposed, and have testified at the preliminary injunction hearing in Court. I have been asked by counsel for the Plaintiff to provide details of my analysis of when the Agrian software known as NextGen was written, to summarize evidence that multiple versions of the Agrian software existed at the time when Agrian produced its software as ordered by the Court on April 23, 2014, and to identify USB drives that may have been used to copy software from an AgJunction computer. I have personal knowledge the facts stated herein, and if called upon to testify to those facts I could and would competently do so.

- 1 -



2. On May 9, 2014, I attended a meet and confer session by phone between AgJunction's and Agrian's counsel, Mr. Gerald Dodson and Ms. Joan Archer, and others. One of the subjects of the call was to discuss how the Agrian source code would be produced and exchanged between the parties. During the meet and confer I requested that Ms. Archer arrange for the production of all versions of existing Agrian source code. Ms. Archer represented that there was only one version of that source code. She made it clear to me that Agrian would only produce one version of its source code. I was surprised by her representation, since my experience in software development was that projects undertaken by companies generally use source code control and versioning systems to manage their projects, which necessarily meant that multiple versions of the Agrian source code modules would have existed.

3. Shortly after the meet and confer, one single version of the Agrian source code was provided to me. I relied upon that single version for my analysis and opinions as provided in my Expert Report. During my review of that single version of the source code, I determined that Agrian was using a source code version control system called GIT.[1] Agrian's use of GIT was evident from files I examined within the directory structure of the produced software. I corroborated this fact by examining the Bitbucket website, which hosts a GIT repository for Agrian.[2] I was unable to review what Agrian had placed in this repository because it was secured and I was not provided with the required credentials for access.

---

[1] "Git is a free and open source distributed version control system designed to handle everything from small to very large projects with speed and efficiency." GIT website, http://www.git-scm.com, visited on 10 December, 2014.

[2] https://bitbucket.org/agrian, visited on December 10, 2014

4. Based on my experience as a software developer and a software development manager, during the development of a software product, multiple versions of the source code modules that comprise the product are created, updated, and modified, often among different members of the development team. Version control systems are crucial to the development process for many reasons, such as enabling developers to check out and check in modules so that conflicts can be resolved, and so that a version of the complete software product can be produced using known good versions of the composite software modules. In fact, I know of no large software development projects developed with software teams that do not utilize some type of source code version control.

5. There were at least three other factors to further support my contention that multiple versions of the Agrian source code modules existed at the time of the Agrian software production.

   a. I noted that a number of Ruby on Rails "migrations" were present in the produced Agrian software. "Ruby" refers to the programming language and "Ruby on Rails" refers to the web architecture used by Agrian in their development of their source code, which they referred to as "NextGen." Ruby migrations are created when changes to database structures are made. Ruby migrations are characterized by a naming convention which carries the date that the migration was created. My examination of the migrations in the Agrian source code revealed that the first database tables were created in June of 2013, which I understand is shortly after the arrival of Aaron Hunt at Agrian.

- 3 -

    b. This is consistent with Agrian's own expert's testimony who testified at the preliminary injunction hearing that the Agrian development was about one year old in June 2014. One year prior to June 2014 would place the start of development at June of 2013.

    c. The bitbucket website[3] itself clearly indicates, "Agrian, Team since June 2013."

6. In general, when I analyze source code, I rely on the metadata that is available with the produced software. The metadata comprises significant dates related to each file, or module, in the set of software produced. This metadata indicates the file creation, last modified, and last accessed dates. Examination of the metadata for each source code file indicates when that source code module was created, modified and accessed. In this case, since the actual software repository was not made available to me, the metadata on the produced Agrian software only showed the dates on which the files were copied to the hard drive which was provided to me; an examination of those dates proved to be uninformative because of the way in which the files were produced.

7. Often, within the source code modules themselves, I can find evidence of when each module was created and when the changes were made to that module. This evidence is by virtue of comments placed in the code by programmers. (This is generally referred to as the revision history of a source code module). As a standard practice in the source code modules produced, there were no such comments or revision history.

---

[3] *Id.*

8. Based on the evidence of migrations, Dr. Edwards' testimony and the bitbucket repository, the earliest date I was able to associate with the creation of *any* of the source code modules was June 2013.

9. There were a total of 222 Ruby migrations in the produced Agrian software with the earliest on June 13, 2013. Since a migration is accompanied by a change to (or creation of) source code modules (i.e. a new version of those modules) in order to support the database changes (e.g., the creation of a table, or a change to an existing table). Contrary to what was represented to me at the meet and confer by Ms. Archer, it is clear that multiple versions of the Agrian software existed at the time of production. These versions of software would have been, and continue to be, available in the software repository that is used for the management of the Agrian software. Furthermore, Agrian had the ability to document the revision history of software in its bitbucket repository at the time the Agrian software was produced in this case. This is a standard feature of the GIT software revision control tool[4]. This analysis made it clear that Agrian had the ability to document how many times Agrian's software was altered by its programmers. To my understanding, this revision history was not produced.

10. In addition to examining Agrian's one version of source code provided to me, I examined a copy of a laptop computer. It was represented to me by counsel that this was the laptop computer ("Hunt-Dedmon laptop") which Aaron Hunt used while employed at AgJunction and that the computer was assigned to Matthew Dedmon when Aaron Hunt left

---

[4] See, for example, http://git-scm.com/book/en/v2/Git-Basics-Viewing-the-Commit-History, visited on December 11, 2014.

AgJunction to join Agrian. During my analysis, I discovered that 31 different portable Universal Serial Bus ("USB") drives had been inserted into the Hunt-Dedmon laptop.

11. During the preliminary injunction hearing, I was asked questions about my analysis of the Agrian Ruby migrations. However, Agrian counsel objected and I was unable to answer those questions.

12. My analysis was performed with limited, expedited discovery and only one single version of the software.

I declare under penalty of perjury under the laws of the State of Kansas and the United States of America that the foregoing is true and correct.

Executed this 11th day of December, 2014 at Palo Alto, California.

_____
Robert Stillerman

- 7 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December ___, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Mark Brown
Attorney