Agjunction LLC v. Agrian Inc. et al.
Case No. 2:14-CV-02069-DDC-KGS

# Exhibit 4

Confidential - Attorneys' Eyes Only

Page 1

```
 1       IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF KANSAS
 3  _____
 4  AGJUNCTION, LLC,                        )
 5  Plaintiff,                              )
 6  v.                                      )   Case No.
 7  AGRIAN, INC., et al.,                   )   14-2069-JAR
 8  Defendants.                             )
 9  _____)
10
11         CONFIDENTIAL ATTORNEYS' EYES ONLY
12
13      Videotape Deposition of MATTHEW C. DEDMON
14                Thursday, May 29, 2014
15
16      The deposition of MATTHEW C. DEDMON, called as
17  a witness by the Plaintiff, pursuant to notice and
18  the Federal Rules of Civil Procedure pertaining to
19  the taking of depositions, taken before me, the
20  undersigned, Barbara Metz Leo, a Notary Public in
21  and for the Commonwealth of Pennsylvania, at the
22  offices of Agjunction, LLC, 101 Innovation
23  Boulevard, Suite 206, State College, Pennsylvania
24  16803, commencing at 2:57 o'clock p.m., the day and
25  date above set forth.
```

GregoryEdwards, LLC
1.866 4 Team GE



EXHIBIT 4

Confidential - Attorneys' Eyes Only

Page 2

```
 1    APPEARANCES:
 2         On behalf of the Plaintiff:
 3            Carr Ferrell, LLP:
 4            Gerald P. Dodson, Esquire
 5            Michael T. Adelsheim, Esquire
 6            120 Constitution Drive
 7            Menlo Park, California 94025
 8
 9         On behalf of the Defendants:
10            Husch Blackwell, LLP:
11            Joan K. Archer, Ph.D., Esquire
12            Kyle A. Kitson, Esquire
13            4801 Main Street
14            Suite 1000
15            Kansas City, Missouri 64112
16
17    ALSO PRESENT:
18    Kenneth Haase, Videographer
19
20
21
22
23
24
25
```

Confidential - Attorneys' Eyes Only

Page 23

1    A    Yes.

2    Q    And "As an employee of AgJunction and now
3    Hemisphere, you will continue to be knowledgeable
4    and aware of and in possession of confidential
5    information.  You continue to agree to accept and
6    retain all such confidential information in
7    confidence and at all times, during or after
8    cessation of employment, not to disclose or reveal
9    such information to others and to refrain from
10   using such information for purposes other than
11   those authorized by Hemisphere and GPS."
12        Do you see that?
13   A    Yes.
14   Q    After you left AgJunction and joined
15   Agrian, did you take any data with you?
16   A    No.
17   Q    Was it your practice to use thumb drives
18   with laptops?
19   A    Yes.
20   Q    How many thumb drives do you think you
21   used on your laptop at AgJunction?
22   A    I don't recall how many.
23   Q    What do you use a thumb drive for?
24   A    Transferring files.
25   Q    Did you transfer any files from the

GregoryEdwards, LLC
1.866 4 Team GE

1  computer that you used at AgJunction on to thumb
2  drives and took those thumb drives to Agrian?
3      A    No.
4      Q    What did you do with the thumb drives
5  that you used when you were using the AgJunction
6  computer?
7      A    AgJunction thumb drives were left in my
8  former office.  Personal thumb drives, I took home.
9      Q    So there's an office here that has your
10 thumb drives in it?
11     A    I don't know where those thumb drives
12 would be now.
13          (Thereupon, Deposition Exhibit No. 48 was
14     marked for identification.)
15     Q    The court reporter has placed in front of
16 you what's been marked as Exhibit 48, which is an
17 e-mail from Nishan Majarian to you dated July 16,
18 2013 with Bates numbers AGR 073, correct?
19     A    Correct.
20     Q    And in this particular e-mail, on July
21 16, he's saying, "Matt, attached please find the
22 Agrian employment offer we discussed on the phone.
23 If I missed anything or need to make changes, just
24 let me know.  I look forward to working with you.
25 Best regards, Nish," correct?